# EXHIBIT A

# Provider Web Portal Training

**NEW UPDATES!**

**UnitedHealthcare**
A UnitedHealth Group Company

## JOIN US ONLINE!

Learn about the NEW portal updates and features effective July 25, 2016! Choose a webinar date and time that fits your schedule—there's no need to register in advance. Space at each session is limited to the first 100 participants who join the online meeting.

### DAILY Webinars!
### July 1st thru July 22nd

NOTE: No Webinars – July 4th or during the weekend

9:30 AM – 10:30 AM (CST)

2:30 PM – 3:30 PM (CST)

## How to attend an online webinar

To attend a webinar, join at least 5 minutes before the session is scheduled to start to allow time for your computer to load the meeting software before the presentation begins. To join, follow these steps:

1. In a web browser, navigate to:
   https://global.gotomeeting.com/join/943822709
2. For audio over your telephone, dial: 1 (408) 650-3123
3. At the prompt, enter the access code: 943-822-709

## Questions?

Contact the Electronic Outreach Team: **providerportal@sciondental.com**


SCION DENTAL, INC

---

### Learn about the new updates!

View authorizations, covered benefits, and fee schedules—*online, anytime.*

Create a member eligibility calendar and view real-time eligibility for multiple members—*stay effortlessly organized.*

View member effective dates—*with just a few clicks.*

Upload multiple documents—*at the same time.*

View the remaining balance of members' annual maximums—*take out the guesswork.*

Restrict sub-account access—*keep your business secure.*

# EXHIBIT B



Welcome to the Scion Dental Recruitment Portal!

Please enter the code provided to you below to proceed.

If you have any questions, please call Network Development at 1-800-508-6965



Enter your code to proceed

Enter

© 2011 - 2017 Wonderbox Technologies   Admin