IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. ORRINGTON, II, D.D.S, P.C., on behalf of plaintiff and the class members defined herein )))))) | No. 17 CV 884 |
| Plaintiff, )) | Judge John J. Tharp, Jr. |
| v. )))) | |
| SCION DENTAL, INC. and JOHN DOES 1-10, )))) | |
| Defendants. ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the defendant's motion for summary judgment, it is hereby ORDERED:

Judgment is entered in favor of defendant Scion Dental, Inc. and against plaintiff James L. Orrington, II, D.D.S., P.C. The defendant shall recover costs from the plaintiff.

Dated: October 7, 2019

DRAFT_____
John J. Tharp, Jr.
United States District Judge