# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 4, 2020

*By the Court:*

| No. 19-3225 | JAMES L. ORRINGTON, II, D.D.S., P.C., <br> Plaintiff - Appellant <br><br> v. <br><br> SCION DENTAL, INC., et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-00884 <br> Northern District of Illinois, Eastern Division <br> District Judge John J. Tharp ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on February 4, 2020, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit